

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

__✓__    State Court Records

_____   Administrative Record from Social Security Administration

_____   Administrative Record from _____

_____   Other records: _____

These records are maintained in __3__ Volumes.

Case Number __4: 08 cv 1284__

# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

October 1, 2008

Clerk, United States District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, Texas 77208

Re: *Livingston v. Quarterman,* No. H-08-1284

Dear Clerk:

Enclosed is a copy of the state court records in the above-referenced cause. Please indicate the date of receipt on the enclosed copy of this letter and return it to me in the enclosed postpaid envelope.

Thank you for your kind assistance in this matter.

Sincerely,

*[signature]*

S. MICHAEL BOZARTH
Assistant Attorney General
Postconviction Litigation Division
(512) 463-2032

SMB/br
Encls.
c:  File

*UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT - 3 2008
MICHAEL N. MILBY, CLERK OF COURT*